**Order entered September 21, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00699-CV**

**IN THE INTEREST OF C.B., ET AL., CHILDREN**

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-18-00992-X**

**ORDER**

Before the Court is court reporter Pamela Sumler's September 21, 2020 request for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the record be filed **no later than October 1, 2020**. Because this is an accelerated appeal in a parental termination case, *the trial court must arrange a substitute reporter if necessary to ensure the record is filed as ordered. See* TEX. R. APP. P. 28.4(b)(1).

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Cheryl Lee Shannon, Presiding Judge of the 305th Judicial District Court; Ms. Sumler; and, the parties.

/s/    KEN MOLBERG
        JUSTICE